**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00598-CR
No. 05-13-00599-CR
No. 05-13-00600-CR
No. 05-13-00601-CR
No. 05-13-00602-CR

**PATRICIA DONALDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-00433-S, F10-00435-S, F10-00447-S, F10-00448-S, F11-00266-S**

## ORDER

On September 6, 2013, this Court ordered the Dallas County District Clerk's Office to file supplemental records containing the cost bills and accompanying documents for these cases. When the supplemental records were not received by October 14, 2013, the Court again ordered the Dallas County District Clerk to file supplemental records containing the costs bills and accompanying documents. To date, the Court has not received the supplemental records.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, by **NOVEMBER 21, 2013**, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court

appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

If the Court does not receive the supplemental clerk's records by the date specified, the Court will utilize the available remedies to obtain the supplemental clerk's records, including ordering that Gary Fitzsimmons show cause why he should not be held in contempt for not complying with this Court's order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE